AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Roy D. Killings<br>*Defendant(s)* | )<br>)<br>)  Case No.  1:21MJ2029<br>)<br>)<br>)<br>) |

**FILED**
4:09 pm Jan 08 2021
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 15, 2020  in the county of  Lorain  in the
Northern  District of  Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) and (b)(1)(C) | Possession With Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Casey T. Carty, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 01/08/2021

*Judge's signature*

City and state:  Cleveland, Ohio          David A. Ruiz, United States Magistrate Judge
*Printed name and title*